UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GERMANTOWN COPY CENTER, INC.<br><br>       Plaintiff<br><br>vs.<br><br>COMDOC, INC.<br><br>       Defendant. | CIVIL ACTION NO. 8:10-cv-02799-DKC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Germantown Copy Center, Inc., and Defendant, ComDoc, Inc., hereby stipulate to the dismissal of this action and of all claims by, between and among them, with prejudice. Each party is to bear its own costs.

/s/ Gary Adler, Esquire
―――――――――――――――――
Gary Adler, Esquire
ROETZEL & ANDRESS, LPA
600 14th Street, NW, Suite 400
Washington D.C. 20005
Main Phone No: (202) 625-0600
Fax No.: (202) 338-6340
Email:  gadler@ralaw.com

Electronic signature of Mr. Adler applied with his permission by Stephen H. Ring
/s/ Stephen H. Ring

/s/ Stephen H. Ring
―――――――――――――――――
Stephen H. Ring, Esq.
STEPHEN H. RING, P.C.
506 Main Street, Suite 215
Gaithersburg, MD 20878
Phone: (301) 563-9249
Fax: (301) 563-9639
USDC-MD Attorney No. 00405
shr@ringlaw.us

Of Counsel:

The Law Office of Edward A. Broderick
727 Atlantic Ave., Second Floor
Boston, MA 02111
Phone: (617) 738-7080
ted@broderick-law.com
*Pro Hac Vice*

The Law Office of Matthew P. McCue
340 Union Ave.
Framingham, MA 01702
Phone: (508 620-1166
mmccue@massattorneys.net
*Pro Hac Vice*